No. — — ——.  IN RE MASON ET UX., 490 U. S. 1104.  Petition for rehearing and for other relief denied.

No. 87–963.  HERNANDEZ *v.* COMMISSIONER OF INTERNAL REVENUE, 490 U. S. 680; and

No. 87–1616.  GRAHAM ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE, 490 U. S. 680.  Petition for rehearing denied.  Motion to remand for further proceedings on unresolved issues denied. JUSTICE BRENNAN and JUSTICE KENNEDY took no part in the consideration or decision of this petition and motion.

No. 87–6405.  TOMPKINS *v.* TEXAS, 490 U. S. 754.  Petition for rehearing denied.  JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 88–1843.  ROGGIO *v.* UNITED STATES, 490 U. S. 1109. Motion of petitioner for leave to proceed further herein *in forma pauperis* granted.  Petition for rehearing denied.